IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                                MDL No. 2187
--------------------------------------------------
THIS DOCUMENT RELATES TO

*James Waddick v. Sofradim Production SAS*                    2:13-cv-24504

# MEMORANDUM OPINION AND ORDER

On August 13, 2019, I ordered the last remaining plaintiff in this case, James Waddick, to show cause on or before August 27, 2019, why his case should not be dismissed without prejudice as to the last remaining unserved defendant, Sofradim Production SAS, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff, who is represented by counsel, did not respond or otherwise show cause.

The court **ORDERS** that the unserved defendant, Sofradim Production SAS, is dismissed without prejudice pursuant to Rule 4(m). No other defendants remain and this case is stricken from the docket and closed.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER:     August 29, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE